JOHN W. HUBER, United States Attorney (#7226)
VICTORIA K. McFARLAND, Special Assistant United States Attorney (#11411)
Attorneys for the United States of America
Office of the United States Attorney
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111-2176
Telephone: (801) 524-5682

FILED
U.S. DISTRICT COURT
2018 AUG -8 P 4: 12
DISTRICT OF UTAH
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CRESTA ANN BILLS,<br>aka CRESTA ANN LAMBERT,<br><br>Defendant. | **I N D I C T M E N T**<br><br>VIOLATIONS:<br>Count I: 42 U.S.C. § 1383a(a)(3)<br>   (Supplemental Security Income<br>   Fraud);<br>Count II: 18 U.S.C. § 641 (Theft of<br>   Government Money).<br><br>Case: 2:18-cr-00380<br>Assigned To : Benson, Dee<br>Assign. Date : 8/8/2018<br>Description: |

The Grand Jury Charges:

### COUNT I
42 U.S.C. § 1383a(a)(3)
(Supplemental Security Income Fraud)

Beginning on or about August 2016 and continuing through February 2018, in the Central Division of the District of Utah,

CRESTA ANN BILLS
aka CRESTA ANN LAMBERT,

defendant herein, having knowledge of the occurrence of any event affecting her continued right to payment of Supplemental Security Income benefits, did conceal or fail to disclose

such event with an intent to fraudulently secure payment when no payment was authorized. Defendant's concealment or failure to disclose this event resulted in total overpayments to defendant in the amount of $12,515.00, all in violation of 42 U.S.C. § 1383a(a)(3).

## COUNT II
18 U.S.C. § 641
(Theft of Government Money)

Beginning on or about August 2016 and continuing through February 2018, in the Central Division of the District of Utah,

CRESTA ANN BILLS,
aka CRESTA ANN LAMBERT,

defendant herein, did willfully and knowingly steal money of the Social Security Administration, a department or agency of the United States, in an amount greater than $1,000.00, all in violation of 18 U.S.C. § 641.

A TRUE BILL:

/s/
_____
FOREPERSON OF GRAND JURY

JOHN W. HUBER
United States Attorney

*Victoria K. McFarland*
VICTORIA K. McFARLAND
Special Assistant United States Attorney